IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MILES MCBAY, § | |
| § | |
| Plaintiff § | |
| v. § | Civil Action No. 5:25-cv-00112-JRG-JBB |
| § | |
| KATHERINE STONE, ET AL. § | |
| § | |
| Defendants. § | |

### ORDER

The above-captioned case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. On December 23, 2025, the Magistrate Judge issued a Report and Recommendation, *sua sponte*, recommending that Plaintiff's claims against the unidentified "John Doe Engineer" defendant be dismissed without prejudice. Docket No. 35.

No objections to the Report and Recommendation have been filed.[1] Because no objections have been filed, the parties are barred from *de novo* review by the District Court of the Magistrate Judge's findings, conclusions, and recommendations; and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021). The Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge that Plaintiff's claims against the unidentified "John Doe Engineer" defendant should be dismissed without prejudice. Accordingly, it is

---

[1] On December 23, 2025, Plaintiff filed a Notice of No Objections (Docket No. 36), waiving the objection period and stating on the record that Plaintiff has no objections to the Report and Recommendation.

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 35) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that Plaintiff's claims against "John Doe Engineer" defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 12th day of January, 2026.**

                                                RODNEY GILSTRAP
                                                UNITED STATES DISTRICT JUDGE